DANIEL W. MOORE, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 12, 1894 ; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made December 30, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*James Fraser Gluck* for appellant.

*John Cunneen* for respondent.

Agree to affirm ; no opinion.
All concur, except FINCH, J., not sitting.
Judgment affirmed.